1   RUSS AUGUST & KABAT
    Irene Y. Lee, State Bar No. 213625
2   Email: ilee@raklaw.com
    Robert F. Gookin, State Bar No. 251601
3   Email: rgookin@raklaw.com
4   12424 Wilshire Boulevard, 12th Floor
    Los Angeles, CA 90025
5   Telephone: 310.826.7474
    Facsimile: 310.826.6991
6

7   Attorneys for Plaintiff
    DaddyScrubs, LLC
8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12   DADDYSCRUBS, LLC, a California      Case No. CV 13-00222 -PSG
13   limited liability company,                   (MRWx)

                                         COMPLAINT FOR INJUNCTIVE
14              Plaintiff,               RELIEF AND DAMAGES BASED
                                         UPON:
15        v.
                                         1.  TRADEMARK
16   ONPOINT ASSOCIATES, LLC, a New          INFRINGEMENT IN
     Jersey limited liability corporation; and   VIOLATION OF SECTION 32
17   MARK DUDA, an individual,               OF THE LANHAM ACT

18              Defendants.              2.  COMMON LAW TRADEMARK
                                             INFRINGEMENT
19
                                         3.  UNFAIR COMPETITION AND
20                                           FALSE DESIGNATION OF
                                             ORIGIN IN VIOLATION OF
21                                           SECTION 43(a) OF THE
                                             LANHAM ACT
22
                                         4.  UNFAIR COMPETITION IN
23                                           VIOLATION OF CALIFORNIA
                                             BUSINESS & PROFESSIONS
                                             CODE SECTIONS 17200, et. seq.
24

     JURY TRIAL DEMANDED
25

26

27

28

3211-004 130111 Complaint (Final).doc

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

## INTRODUCTION

Plaintiff DaddyScrubs, LLC ("DaddyScrubs") is the owner and operator of www.daddyscrubs.com, a popular and well-established Internet website that sells a line of high-quality personalized hospital delivery room apparel for "dads-to-be," along with an assortment of other "dad-centered" merchandise, in addition to fostering an on-line community of dads and providing those dads with advice and words of wisdom as they embark on the journey of fatherhood. Founded in 2009 by Robert Nickell, DaddyScrubs created the market in the United States for personalized "dad-to-be" delivery room apparel, as well as certain other "daddy-branded" products. Subsequently, through an extraordinary investment of time, energy and money, DaddyScrubs has grown to be the recognized industry leader for expecting father delivery room apparel with consumers enjoying DaddyScrubs products all over the United States.

DaddyScrubs is also the owner of four United States trademark registrations for the DADDYSCRUBS formative marks (collectively, the "DADDYSCRUBS" marks):

| Mark | Reg. No.<br>Reg. Date | Ser. No.<br>Filing Date | Goods/Services |
|------|----------------------|------------------------|----------------|
| DADDYSCRUBS[1] | 3,962,478<br>May 17, 2011 | 77/793,337<br>July 30, 2009 | Athletic apparel, namely shirts, pants, hats and caps; Baseball caps; Scrubs not for medical purposes; Shirts in Class 25 |

---

[1] A true and correct copy of the registration certificate for Reg. No. 3,962,478 is attached hereto as Exhibit A.

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

RUSS, AUGUST & KABAT

| Mark | Reg. No. Reg. Date | Ser. No. Filing Date | Goods/Services |
|------|--------------------|--------------------|----------------|
| DADDYSCRUBS. COM[2] | 4,058,710 November 22, 2011 | 85/157,539 October 20, 2010 | Pens; Stickers in Class 16; Mugs in Class 21 |
| DADDYSCRUBS[3] | 4,092,395 January 24, 2012 | 85/975,979 October 20, 2010 | Sweat shirts in Class 25 |
| DADDYSCRUBS[4] | 4,169,394 July 3, 2012 | 85/976,806 October 20, 2010 | Diaper bags in Class 18 |

In spite of DaddyScrubs' extensive prior use of the DADDYSCRUBS marks and its ownership of four valid federally registered trademarks, on information and belief on December 12, 2012, defendants OnPoint Associates, LLC ("OnPoint") and Mark Duda ("Duda") (collectively, "Defendants") registered the domain name DADSCRUBS.COM, and are operating an Internet website through which they are selling personalized "dad-to-be" hospital delivery room apparel, in direct competition with DaddyScrubs and in blatant infringement of DaddyScrubs' federal and common law trademark rights.

## JURISDICTION AND VENUE

1.      This is an action for trademark infringement and unfair competition under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051-1141 (the "Lanham Act") and unfair competition under California Business & Professions Code §§ 17200, et seq, and the common law of the State of California.

2.      This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b).  Jurisdiction for the California state statutory and common law claims is proper pursuant to 28 U.S.C. § 1367(a).

---

[2] A true and correct copy of the registration certificate for Reg. No. 4,058,710 is attached hereto as Exhibit B.

[3] A true and correct copy of the registration certificate for Reg. No. 4,092,395 is attached hereto as Exhibit C.

[4] A true and correct copy of the registration certificate for Reg. No. 4,169,394 is attached hereto as Exhibit D.

RUSS, AUGUST & KABAT

3. Venue is proper in this Court under 28 U.S.C. § 1391(b) and (c) in that the parties are located in or transact their affairs in this judicial district, and/or a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, and because all the parties are subject to personal jurisdiction in this Court.

## PARTIES

4. Plaintiff DaddyScrubs is a California limited liability corporation with its principal place of business in Torrance, California. DaddyScrubs sells personalized "dad-to-be" delivery room apparel through its website, www.daddyscrubs.com, under the federally registered DADDYSCRUBS trademarks.

5. Defendant OnPoint is a New Jersey limited liability corporation with a principal place of business at 1409 Charles Street, Point Pleasant, New Jersey 08742. OnPoint is the registered owner of the domain names DADSCRUBS.COM and DADDUDS.COM. OnPoint conducts business in this judicial district by advertising, offering and selling personalized "dad-to-be" delivery room apparel to residents in this District through at least two Internet websites that it owns and operates.

6. On information and belief, defendant Duda is the principal of OnPoint. On information and belief, Duda is a resident of the State of New Jersey. Duda conducts business in this judicial district by advertising, offering and selling personalized "dad-to-be" delivery room apparel to residents in this District through at least two Internet websites, DADSCRUBS.COM and DADDUDS.COM.

///

///

///

///

///

RUSS, AUGUST & KABAT

3211-004 130111 Complaint (Final).doc

4

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

1

### ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

2   **A.    As a Result of Its Hard Work and Significant Investment of Time**

3   **and Money, Plaintiff DaddyScrubs Has Built Up Exceptional Good**

4   **Will in the "DADDYSCRUBS" Brand and Trademarks.**

5           7.      DaddyScrubs was founded in 2009 by Robert Nickell ("Nickell").

6   Nickell is a successful pharmacist and father.  While Nickell was preparing for the

7   impending birth of his fifth child, he observed his wife ordering a custom hospital

8   gown and clothes for the new baby and was struck by the realization that he was

9   likely to be the only person in the delivery room, other than his wife, who would

10  not be wearing delivery room clothes.  Wanting to feel more a part of the delivery

11  process, Nickell ordered a set of custom high-quality delivery room clothes –

12  putting the word "Daddy" on the front and the legend "I'm the Daddy," on the

13  back so that there would be no confusion as to who was the doctor and who was

14  the father.

15          8.      Nickell then pioneered marketing and promoting delivery room

16  apparels for "dads-to-be."  Feeling that his personalized clothes had, in fact, made

17  a positive difference for him in the delivery room during the birth of his child,

18  Nickell thought that other "dads-to-be" might be interested in having their own set

19  of customized delivery room clothes.  Accordingly, Nickell formed DaddyScrubs

20  in the summer of 2009.

21          9.      On July 9, 2009, DaddyScrubs registered the domain name

22  DADDYSCRUBS.COM.

23          10.     On July 30, 2009, Nickell filed trademark application 77/793,337 for

24  DADDYSCRUBS for athletic apparel, namely shirts, pants, hats and caps; baseball

25  caps; scrubs not for medical purposes; and shirts, all in Class 25.  The trademark

26  application was approved and the USPTO issued a valid trademark registration for

27  DADDYSCRUBS on May 17, 2011.  *See* Exhibit A.  Subsequently, DaddyScrubs

28

RUSS, AUGUST & KABAT

3211-004 130111 Complaint (Final).doc

5

filed three other trademark applications for the DADDYSCRUBS marks, all of which were approved by the USPTO. *See* Exhibits B-D.

11.    Nickell wanted the DaddyScrubs clothes to be a high quality product that was attractive, comfortable and durable – something that could be worn in the delivery room and also later, at home. In service to that, Nickell personally tested various fabrics, eventually settling on a high quality material that would not wrinkle, was soft and comfortable, and was also easy to clean.

12.    Seeking to tap into a national market that would be flexible enough to meet the needs of expecting parents, DaddyScrubs focused its sales activities over the Internet, creating a website, www.daddyscrubs.com, and supporting that website through extensive advertising and promotion – at a cost of hundreds of thousands of dollars. The DaddyScrubs' website went live in September 2009.

13.    While the DaddyScrubs' website sells a variety of "dad" related products, including hats, hoodies, t-shirts and mugs, its main product is, and always has been, personalized delivery room apparel that is intended to allow "dads-to-be" to celebrate that status.[5]

14.    DaddyScrubs advertises extensively in national pregnancy magazines, including "the Bump," one of the largest print magazines for pregnant moms in the United States.

15.    Additionally, DaddyScrubs has been featured in numerous magazines and on websites, including but not limited to CelebrityBabyScoop.com, People.com, Moms & Babies, Celebuzz.com, Pregnancy & Newborn, Woman's World Magazine, Baby Maternity Retailer, MN Parent, syndicated newspapers through McClatchy Tribune, Ohbabymagazine, ModernDayMom, Parenthood.com, Living Well Magazine, CityParent Magazine, South Florida Parenting, Parenting New Hampshire, SI Parent Magazine, Babble.com,

---

[5] A copy of a screen capture from the DaddyScrubs.com website is attached as Exhibit E.

RUSS, AUGUST & KABAT

Time.com, Parents & Kids Magazine, Momtrends.com, SheKnows.com, Baby & Children's Product News, Baby & Kids Magazine, Kids Today Magazine, Tots to Teen Magazine, Hudson Valley Parent, Columbus Times, Kalamazoo Parent, Mamiverse.com, Outdoor Sports Guide, Central Penn Parent, Twins Magazine, LAFamily.com, Houston Family Magazine, Palmetto Parent, Metro Parent, MSN's Homeroom, Upstate Parent, Peekaboo Magazine, Omaha Family Magazine, Washington Parent, Today's Parent, AKA Mom Magazine, Workingmother.com, Bay State Parent, Michiana Family Magazine, Tulsa Kids, Red River Family, Las Vegas Woman, The Baby Guide, OC Family, and ParentsConnect.com.[6]

16.     DaddyScrubs has also been featured on dozens of television talk shows all over the United States, including but not limited to MSNBC's Elevator Pitch, WZZM Michigan, KSBI TV-Oklahoma City, Good Morning Dallas, KWGN Denver, San Diego 5/CW affiliate, Good Day L.A., San Antonio Living, Fox 9 Twin Cities, Fox & Friends national, CW's Eye Opener (national), ABC15 Phoenix, WLEX Kentucky, Charlotte Today, and Fox Birmingham.

17.     In addition to promoting DaddyScrubs scrubs in print and on television, DaddyScrubs attends more than 20 consumer trade shows every year, where it promotes the DADDYSCRUBS brand and products and meets existing and potential customers.

18.     Since its inception, DaddyScrubs has received hundreds of consistently excellent reviews on various blogs and websites, attesting to the high quality of the products DaddyScrubs is selling on the DaddyScrubs.com website under the DADDYSCRUBS marks.[7]

///

///

///

---

[6] A number of representative articles about DaddyScrubs are attached as Exhibit F.
[7] A number of representative reviews are attached as Exhibit G.

3211-004 130111 Complaint (Final).doc

7

RUSS, AUGUST & KABAT

///

**B.    Defendants' Marketing and Sale of Personalized Delivery Room Apparels Violates DaddyScrubs' Rights.**

19.    On or about January 16, 2012, OnPoint registered the domain name for Cribnotesfordad.com.

20.    On information and belief, on or about January 16, 2012, Defendants created a Twitter account for DadScrubs.

21.    On information and belief, on or about March 20, 2012, Defendants went live with the CribNotesForDad website, available at www.cribnotesfordad.com. The CribNotesForDad website provides articles and tips for fathers and fathers to be. On information and belief, the CribNotesForDad website also sells child and parent related products.[8]

22.    On or about March 11, 2012, OnPoint registered the domain name for DadDuds.com. Shortly after registering that domain name, OnPoint went live with a website, www.dadduds.com (the "DadDuds website"), on which it sold personalized delivery room apparel for dads-to-be.[9] OnPoint's DadDuds website is designed so that it appears confusingly similar to the DaddyScrubs website.

23.    On or about March 27, 2012, Defendants created a Facebook page for Dad Duds, using that Facebook page to promote its DadDuds hospital scrubs and to drive traffic to the DadDuds website.

24.    On information and belief, as early as the time OnPoint registered the domain name for DadDuds.com, Defendants were aware of the DaddyScrubs website and DaddyScrubs' federally registered trademarks for the DADDYSCRUB marks and were deliberately attempting to capitalize on the hard-earned goodwill associated with the DADDYSCRUBS marks.

---

[8] A screen capture of the CribNotesForDad website, which now includes a link to its "sister page," www.dadscrubs.com, is attached as Exhibit H.
[9] A screen capture of the DadDuds website is attached as Exhibit I.

RUSS, AUGUST & KABAT

25.     Unsatisfied with the results of their initial efforts to capitalize on the goodwill of the DADDYSCRUBS marks, on or about December 12, 2013, OnPoint registered the domain name for DadScrubs.com. The DadScrubs website, which is essentially identical to the DadDuds website, went live on or before December 19, 2012.[10]

26.     On or about December 19, 2012, Defendants began to aggressively promote the DadScrubs website on their DadScrubs twitter account.[11]

27.     On or about December 28, 2012, Nickell received an email from Stephanie Herrera, the Marketing/Design Manager for The Pump Station, a chain of upscale and influential stores in the Los Angeles area that cater to expecting and new parents. The Pump Station also sells products, including DaddyScrubs scrubs, online through its Internet website, www.PumpStation.com.

28.     The purpose of Ms. Herrera's email was to alert Nickell to the existence of the DadScrubs website. In her email, Ms. Herrera indicates that she had received a tweet from DadScrubs seeking input and notes that her initial impression was that the tweet had come from DaddyScrubs: "Hi Robert, have you heard of these people? http://Www.dadscrubs.com/ We just got a DM on Twitter asking for our input. I thought it was from you guys but soon found out they're a knock off . . . ."[12]

29.     In addition to this example of actual confusion between DaddyScrubs and Defendants' DadScrubs, there are numerous instances that demonstrate a likelihood of confusion between the DaddyScrubs website and the

---

[10] A screen capture from the DadScrubs website is attached as Exhibit J.
[11] A copy of the DadScrubs twitter feed is attached as Exhibit K. Notably, at the same time it was promoting that website, it was also expressing opinions on extremely controversial public issues, such as supporting the comments of the NRA on gun control in the wake of the Newtown shootings. The potential harm that such comments could have on the DADDYSCRUBS marks cannot be overstated.
[12] A copy of Stephanie Herrera's December 28, 2012, email to Robert Nickell is attached as Exhibit L.

3211-004 130111 Complaint (Final).doc

9

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

DADYSCRUBS marks, on the one hand, and the DadScrubs website and Defendants' use of the term "DadScrubs" in conjunction with the sale of personalized delivery room apparels. For example, if an individual inputs "daddy scrubs" into the LinkedIn search box, it returns results for both Daddy Scrubs and Dad Scrubs.[13]

30.    Additionally, if an individual types "dadscrubs.com" into the Google search engine, that search engine inquires if the individual is attempting to find daddyscrubs, and provides a hyperlink to a new Google search for the DaddyScrubs website.[14]

<div align="center">

**COUNT I**

**TRADEMARK INFRINGEMENT**

**(LANHAM ACT)**

**AGAINST ALL DEFENDANTS**

</div>

31.    DaddyScrubs re-alleges Paragraphs 1 through 30 as if fully set forth herein.

32.    The DADDYSCRUBS marks are valid and inherently distinctive. Further, the DADDYSCRUBS marks are presumed to be valid, distinctive and the property of DaddyScrubs, due to its registrations with the United States Patent and Trademark Office ("USPTO").

33.    Defendants' wrongful use of the term "DadScrubs," including with respect to their registration of the domain names for DadDuds.com and DadScrubs.com and their operation of those websites is confusingly similar to the

---

[13] A screen capture of the LinkedIn webpage that was taken on January 7, 2013, is attached as Exhibit M. That screen capture shows that when a user searches for "daddy scrubs," the website provides information for both Daddy Scrubs and Dad Scrubs.

[14] A screen capture of the Google webpage that was taken on January 7, 2013, is attached as Exhibit N. That screen capture shows that when a user searches for "dadscrubs.com," the search engine seeks to avoid confusion be asking if the user is actually searching for daddyscrubs.

3211-004 130111 Complaint (Final).doc                    10

DADDYSCRUBS marks and DaddyScrubs operation of the DaddyScrubs website and is likely to cause confusion, mistake, and/or deception as to the affiliation, connection, and/or association of Defendants with DaddyScrubs, and/or as to the origin, sponsorship, and/or approval of Defendants' products, services, and/or commercial activities by DaddyScrubs.  Purchasers and others in this District and elsewhere in the United States are likely to believe that DaddyScrubs authorizes and controls the sale of these infringing products in the United States, or that Defendants are associated with or related to DaddyScrubs or authorized by DaddyScrubs to sell legitimate DaddyScrubs products.

34.   Defendants are using the same channels of commerce as DaddyScrubs, and are targeting their products at the same consumers – expecting parents.

35.   Indeed, Defendants' wrongful use of the "DadScrubs" name has already caused actual confusion, mistake and deception as to the origin, sponsorship and approval of DadScrubs products.

36.   Defendants' acts have injured DaddyScrubs' reputation with consumers in this District and elsewhere in the United States by creating confusion about DadScrubs' products and their association or affiliation with DaddyScrubs.

37.   Defendants' wrongful use of the "DadScrubs" name in the advertisement and sale of DadScrubs products constitute trademark infringement of the DaddyScrubs marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

38.   Defendants have unfairly profited from the actions alleged herein and will be unjustly enriched in the future unless and until such conduct is permanently enjoined.

39.   Defendants' acts have greatly and irreparably damaged DaddyScrubs and will continue to so damage DaddyScrubs unless restrained by this Court; wherefore, DaddyScrubs is without an adequate remedy at law.   Accordingly,

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

RUSS, AUGUST & KABAT

DaddyScrubs is entitled to, among other things, an order preliminarily and permanently enjoining and restraining Defendants from using the "DadScrubs" name in the advertising and sale of their products.

40.    DaddyScrubs is informed and believes, and thereon alleges, that Defendants' actions alleged herein were knowing, done with complete and conscious disregard of DaddyScrubs' rights, and with intent to trade on the good will embodied in the DADDYSCRUBS marks.    As such, Defendants' actions amount to oppression, fraud and malice, and are subject to exemplary and punitive damages in an amount to be proven at trial.

41.    This is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

## COUNT II

## TRADEMARK INFRINGEMENT

## (CALIFORNIA COMMON LAW)

## AGAINST ALL DEFENDANTS

42.    DaddyScrubs repeats paragraphs 1 through 41, above, and incorporates the allegations thereof as if herein set forth in their entirety.

43.    DaddyScrubs is the sole and exclusive owner of the trademark rights in the DADDYSCRUBS marks.

44.    By their acts as described above, Defendants have created a likelihood of confusion, mistake, and/or deception among consumers as to affiliation, connection, and/or association with DaddyScrubs or as to the origin, sponsorship, and/or approval of Defendant's products, services, and/or commercial activities by DaddyScrubs.

45.    Absent injunctive relief, DaddyScrubs has no means by which to control Defendants' infringing activities.    DaddyScrubs is thus entitled to preliminary and permanent injunctive relief prohibiting Defendants from continuing to commit such acts.

RUSS, AUGUST & KABAT

3211-004 130111 Complaint (Final).doc

12

46.   In performing the conduct described herein, on information and belief, Defendants acted with oppression and malice, intending to injure DaddyScrubs and to wrongfully advantage itself at DaddyScrubs' expense.  DaddyScrubs is entitled to an award of compensatory and punitive damages against Defendants, in an amount to be determined at trial.

<div align="center">

**COUNT III**

**UNFAIR COMPETITION**

**(SECTION 43(a) OF THE LANHAM ACT)**

**AGAINST ALL DEFENDANTS**

</div>

47.   DaddyScrubs re-alleges Paragraphs 1 through 46 as if fully set forth herein.

48.   Defendants' acts constitute false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

49.   Defendants' acts greatly and irreparably damage DaddyScrubs and will continue to so damage DaddyScrubs unless restrained by this Court; wherefore, DaddyScrubs is without an adequate remedy at law.  Accordingly, DaddyScrubs is entitled to, among other things, an order preliminarily and permanently enjoining and restraining Defendants from using the "DadScrubs" name in the advertising and/or sale of their products.

<div align="center">

**COUNT IV**

**UNFAIR COMPETITION**

**(CALIFORNIA BUS. & PROF. CODE SECTIONS 17200, *et seq.*)**

**AGAINST ALL DEFENDANTS**

</div>

50.   DaddyScrubs re-alleges Paragraphs 1 through 49 as if fully set forth herein.

51.   Defendants' acts constitute unfair competition in violation of California Business & Professions Code §§ 17200, *et seq.*

3211-004 130111 Complaint (Final).doc

13

<div align="center">

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

</div>

RUSS, AUGUST & KABAT

52.     Defendants intentionally have traded upon and unfairly benefited from DaddyScrubs' valuable goodwill, reputation and substantial marketing and have been unjustly enriched thereby.

53.     Defendants have unlawfully misappropriated for themselves the commercial value of the DADDYSCRUBS marks and have materially diminished the value of DaddyScrubs' goodwill in these marks.

54.     Defendants' acts have greatly and irreparably damaged DaddyScrubs and will continue to so damage DaddyScrubs unless restrained by this Court; wherefore, DaddyScrubs is without an adequate remedy at law. Accordingly, DaddyScrubs is entitled to, among other things, an order preliminarily and permanently enjoining and restraining Defendants from using the term "DadScrubs" in the advertising and/or sale of their products.

**WHEREFORE**, DaddyScrubs prays judgment against defendants as follows:

1.     For a temporary and permanent injunction prohibiting Defendants from using the name(s) "DadScrubs" and/or "DadDuds" and/or any other similar name or mark in the advertising or sale of any of their products;

2.     For an award of compensatory damages against Defendants and in favor of DaddyScrubs of all profits realized by Defendants by reason of Defendants' infringement of the DADDYSCRUBS marks or false designation of origin, and that such profits be trebled or enhanced to the maximum amount allowed by law, as provided by 15 U.S.C. § 1117(a);

3.     For an award of punitive damages to DaddyScrubs and against Defendants pursuant to Civil Code § 3294;

4.     For an award of punitive damages to DaddyScrubs and against Defendants pursuant to Civil Code § 3294;

5.     For prejudgment interest to DaddyScrubs on all damages awarded in this action;

RUSS, AUGUST & KABAT

6.     For all of DaddyScrubs' costs in this action, including attorney's fees, including without limitation, those pursuant to 15 U.S.C. § 1117(a); and

7.     For such other and further relief as the Court may deem just and equitable.

DATED: January 11, 2013       Respectfully submitted,

RUSS, AUGUST & KABAT

By: _____

Irene Y. Lee
Robert F. Gookin
Attorneys for Plaintiff DaddyScrubs, LLC

15

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff DaddyScrubs, LLC hereby demands trial by jury on all issues.

DATED: January 11, 2013          Respectfully submitted,

RUSS, AUGUST & KABAT

By: _____
    Irene Y. Lee
    Robert F. Gookin
    Attorneys for Plaintiff DaddyScrubs, LLC

RUSS, AUGUST & KABAT

3211-004 130111 Complaint (Final).doc                16

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

# EXHIBIT A



# United States of America

### United States Patent and Trademark Office

# DADDYSCRUBS

**Reg. No. 3,962,478**
**Registered May 17, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ROBERT P. NICKELL (UNITED STATES INDIVIDUAL)
381 VAN NESS AVENUE, SUITE 1507
TORRANCE, CA 90501

FOR: ATHLETIC APPAREL, NAMELY, SHIRTS, PANTS, HATS AND CAPS; BASEBALL CAPS; SCRUBS NOT FOR MEDICAL PURPOSES; SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2010; IN COMMERCE 3-31-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-793,337, FILED 7-30-2009.

KYLE PEETE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT A - 0000017

# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# DADDYSCRUBS.COM

**Reg. No. 4,058,710**
**Registered Nov. 22, 2011**

**Int. Cls.: 16 and 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

ROBERT P. NICKELL (UNITED STATES INDIVIDUAL)
381 VAN NESS AVENUE, SUITE 1507
TORRANCE, CA 90501

FOR: PENS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-20-2009; IN COMMERCE 9-20-2009.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-20-2009; IN COMMERCE 9-20-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-157,539, FILED 10-20-2010.

GEORGE LORENZO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT B - 0000018

# EXHIBIT C

# United States of America

### United States Patent and Trademark Office

# DADDYSCRUBS

**Reg. No. 4,092,395**
**Registered Jan. 24, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NICKELL, ROBERT P. (UNITED STATES INDIVIDUAL)
381 VAN NESS AVENUE, SUITE 1507
TORRANCE, CA 90501

FOR: SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-2010; IN COMMERCE 11-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-975,979, FILED 10-20-2010.

GEORGE LORENZO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT C - 0000019

# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

# DADDYSCRUBS

**Reg. No. 4,169,394**
**Registered July 3, 2012**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

NICKELL, ROBERT P. (UNITED STATES INDIVIDUAL)
381 VAN NESS AVENUE, SUITE 1507
TORRANCE, CA 90501

FOR: DIAPER BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-27-2012; IN COMMERCE 4-27-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-976,806, FILED 10-20-2010.

GEORGE LORENZO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# EXHIBIT E

Medical Scrubs for Dads | Gifts New Dad                    http://www.daddyscrubs.com/categories/Medical-Scrubs/

customer service   about us   contact us    

home    DaddyScrubs    tees    hoodies & hats    gifts    bookstore    celebrity sightings    blog    sale

**CATEGORIES**

DADDYSCRUBS
TEES
HOODIES & HATS
GIFTS
BOOKSTORE
SALE

FREE SHIPPING
ON ORDERS OVER $50

READ DADDYSCRUBS BLOG



### What is the daddy-to-be in your life wearing on the big day?



DaddySwag Gift Set
$89.95

DaddyScrubs
Classic - Edgy Navy
$54.95

DaddyScrubs -
Classic Edgy Green
$54.95

DaddyScrubs -
Classic Edgy Khaki
$54.95

DaddyScrubs -
Classic Simple Navy
$54.95

DaddyScrubs -
Classic Simple
Green
$54.95

DaddyScrubs -
Classic Simple Khaki
$54.95

Surprise Dad with his very own set of DaddyScrubs. Our exclusive, one-of-a-kind 'Delivery Room duds for Dads' will make any new dad feel special and comfortable during one of life's most exciting times. We're talkin' labor, delivery, and beyond!

home    about    customer service    media    clubdaddy    blog    sitemap    links    gift items    wholesale    contact us

All prices are in USD. Copyright 2013 DaddyScrubs LLC. Ecommerce Hosting by BigCommerce.
Custom BigCommerce Templates by New Possibilities Group

EXHIBIT E - 0000021

# EXHIBIT F

A Gift for Expectant Fathers: DaddyScrubs (Because Birth Sho...        http://healthland.time.com/2011/06/17/a-gift-for-expectant-fathe...

 Magazine | Video | LIFE | Person of the Year    **Health & Family**    Apps

 **Family Matters**
By Bonnie Rochman

PREGNANCY

# A Gift for Expectant Fathers: DaddyScrubs

By Bonnie Rochman | June 17, 2011 | Add a Comment

I'm not complaining, but for some reason, Mother's Day always seems to generate more buzz than Father's Day. Likewise, when it comes to the event that makes those days relevant — the birth of a child — it seems that the key contents of the hospital go-bag are all about mom. Until now.



Expectant fathers no longer need to feel left out, hovering around their contracting partners in slouchy khakis and a faded tee instead of more labor-appropriate togs. Now they can don DaddyScrubs, a set of custom-embroidered scrubs being touted as the new birth-day uniform for dads-to-be.

"When you're in street clothes, you feel kind of out of place," says entrepreneur Robert Nickell, who came up with the idea in 2009 while awaiting the birth of his fifth child. "You put on scrubs and feel part of a team. You feel like Superdad, like, O.K., babe, I'm here to help you."

Nickell, from Hermosa Beach, Calif., wore jeans to the birth of his four kids from a previous marriage. In 2009, as his new wife was getting ready to have a baby, Nickell couldn't quash his jealousy knowing she had special-ordered a snazzy hospital gown to avoid being consigned to an ugly inpatient model.

**LIST:** Apple iPad 2 – 15 Fantastic Gadgets for Father's Day

Nickell wears scrubs to work at his medical staffing company, but he fretted that showing up at the hospital in standard scrubs could breed confusion. "I didn't want to get mistaken for the doctor," he says.

So he decided to bling out a pair, stitching "Daddy" on the front and "I'm the daddy" on the back. At Cedars-Sinai Hospital, where his wife delivered, nurses high-fived him as he strutted down the hall. At Starbucks, customers called out their congratulations and, more significantly, asked: "Where can I get them?"

Online, of course. DaddyScrubs launched last year, selling for $39.95 in three manly hues: killer khaki, hunter green and Navy Seal blue. The latter has proved the most popular, particularly with the Armed Forces.

As far as Nickell is concerned, DaddyScrubs are simply a sign of the times. "Our grandpas were told to sit out in the waiting room. Our dads were told they can come in if they feel like it. Nowadays, dads are expected to be in there," says Nickell. "We're brought up with superheroes, firefighters, police officers, and they all have uniforms. A guy needs a uniform too."

Of course he does. It's just not fair for ole dad to be overlooked while mothers bring new life into the world. "The moms do all the work, but dad does need some credit and he needs some encouragement to get in there," says Nickell.

**MORE:** The Fathering Gap: Pitfalls of Modern Fatherhood

A small cast of A- and B-list celebrities have placed orders or have been spotted in DaddyScrubs: actors Kevin James and Ian Ziering, Fox News' John Roberts, World Champion rodeo cowboy Ty Murray, film producer Cash Warren, wealthy scion Donald Trump Jr., model and soap star Antonio Sabato Jr.

No politicians yet, as far as Nickell knows, and he got a bit cagey when asked if DaddyScrubs had plans to dispatch a pair to expectant father and recently retired/disgraced New York Rep. Anthony Weiner.

1/11/13 7:20 AM

EXHIBIT F - 0000022

A Gift for Expectant Fathers: DaddyScrubs (Because Birth Sho...          http://healthland.time.com/2011/06/17/a-gift-for-expectant-fathe...

"What kind of question is that?" he asked, then issued an emphatic, "No."



**Bonnie Rochman** @brochman
Bonnie Rochman writes about pregnancy, fertility, parenting — the ups and downs of being a kid and having one — for TIME.

1/11/13 7:20 AM

EXHIBIT F - 0000023

EXHIBIT F - 0000024

Daddy Scrubs: Delivery Room Apparel for Fathers-to-Be -- Mo...          http://celebritybabies.people.com/2012/06/10/daddy-scrubs-clot...



HOME | NEWS | PHOTOS | STYLE | RED CARPET | ROYALS | TV WATCH | BABIES | PETS | YOUR TURN | CELEBS | VIDEO | MAGAZINE

Get 4 FREE issues of PEOPLE          News | Photos | Celeb Style | Deals & Gear | Great Ideas | Giveaways

Justin Timberlake: 'I'm Ready' to Release New Music

Sexy Beyoncé Shows Off Curves in Cut-Off Top

Whoa! Check Out Taylor Swift's Sexy Breakover!

Celebrity Baby Blog

# Daddy Scrubs: Delivery Room Apparel for Fathers-to-Be

06/10/2012 AT 11:00 AM ET

Like 44        1        19 Comments | Permalink

Time to suit up for daddy duty!

Whether you're expecting your first child or your fourth, getting ready for the delivery room can be daunting.

After all, what proud papa wants to don the standard scrubs?

Luckily, you can make them feel extra special with Daddy Scrubs, a line of super soft cotton medical apparel that are perfect for fathers-to-be.

From the Classic Edgy Navy set ($45) to the Simple Khaki version ($45), each collection includes comfy drawstring pants and an equally cozy top featuring their signature "I'm the Daddy" phrase.

But that's not all the brand has to offer. In addition to their tees, hoodies and plenty of Father's Day-worthy goodies, they recently debuted their Daddy Diaper Pack ($60).

COURTESY DADDY SCRUBS

The all-black sleek backpack comes with plenty of clips and straps to keep dad's on-the-go must-haves secure, plus tons of deep pockets, bottle and sippy cup holders, and convenient pouches for those dirty diapers.

Talk about an all-in-one! No wonder celeb dads including J.R. Martinez, Cash Warren, and Ty Murray are such big fans.

To shop the full selection, visit Daddyscrubs.com.

– Anya Leon

Filed Under: Deals & Gear, News

19 Comments

vote now!

0   0   0   0   0

ADVERTISEMENT



Sprint
PAIR UP AND SAVE $100.
ANY SMARTPHONE + ANY TABLET.
Sprint tablets come with data plans starting at just $10/mo. No sharing required.
SWITCH TO SPRINT
Restrictions apply. Two-year agreement/activation required.

## your turn



Show Off Your Baby's Cool Kicks!
SUBMIT PHOTOS

## great expectations



Jensen and Danneel Harris Ackles Expecting First Child
READ IT



Baby on the Way for *American Idol*'s Kris Allen
READ IT

EXHIBIT F - 0000025

Daddy Scrubs: Delivery Room Apparel for Fathers-to-Be – Mo...        http://celebritybabies.people.com/2012/06/10/daddy-scrubs-clot...



**Kanye West and Kim Kardashian Expecting First Child**
READ IT

PREVIOUS ARTICLE
Samantha Harris: Teaching My Kids About Charity

NEXT ARTICLE
Jessica Alba's Daughter Honor Turns Four!

## Latest News



01:45PM EST PETS
**It's Cats vs. Dogs for Monopoly Fans!**
READ IT

01:05PM EST
**Oscar Snubs & Surprises: Do You Feel Sorry for Ben Affleck?**
READ IT





11:35AM EST TV WATCH
**Britney is Leaving *The X Factor* to Focus on Her Music**
READ IT

11:25AM EST
**Why is Miley Cyrus Getting 'Saucy' In Bed with Harry Styles?**
READ IT

## From Our Partners

HUFFINGTON POST
- Destiny's Child Returns!
- Justin Timberlake's BIG News
- Adele's Big Golden Globes Reveal

POPSUGAR
- Anne and Adam Take a Smiley NYC Stroll Ahead of Her Oscar News
- Oscar Nominee Amy Adams Breaks From Movies For Ballet With Aviana
- Justin Timberlake Announces He's "Ready" to Release New Music - Excited or Over It?

## Around the Web

13 Things Your Bartender Won't Tell You  (Reader's Digest)

Does Your Child Have ADHD? An Expert Weighs In  (Lifescript.com)

Tom Cruise and Katie Holmes Divorce Details  (Brides.com)

Obamas Aren't Alone: Other Famous Couples Who Almost Got Divorced But Stayed Together  (Gossip)

Vitamin D Affects Genes for Cancer, Autoimmune Diseases  (HealthCentral.com)

more info

### baby boom



**Eli Young Band's Jon Jones Welcomes Son Hudson Lennon**
READ IT



**Camila and Matthew Welcome Son Livingston**
READ IT



**Moon Bloodgood Welcomes Daughter Pepper**
READ IT

Like  23k       Follow

Sign Up for Our Email Updates



- All About Ryan Gosling!
- Bethenny: Her Divorce Gets Ugly
- Audrey Hepburn: A Legend & Her Secrets

PICK UP YOUR COPY ON NEWSSTANDS

Click here for Instant access to the Digital Magazine

Ads by Google

**Kourtney & Kim Take Miami**
Escape Into the Heat. Premieres Jan 20 at 9/8c on E!
Eonline.com/KKTM

**How I Removed Bad Credit**
1 simple trick & my credit score jumped 217 pts. Banks hate this!
www.thecreditsolutionprogram.com

**Dickies Scrubs**
Largest Selection - Medical Scrubs. Lowest Prices + Free Ship Deals!
www.allheart.com/dickies

### celebrity bloggers



**Poppy Montgomery's Blog: Hunt for the Perfect Christmas**
READ IT

1/10/13 11:08 AM

EXHIBIT F - 0000026

Daddy Scrubs: Delivery Room Apparel for Fathers-to-Be – Mo...                    http://celebritybabies.people.com/2012/06/10/daddy-scrubs-clot...

ADVERTISEMENT



**Jenna von Oy's Blog: The Teething Twilight Zone**
READ IT



**Beverley Mitchell's Blog: I'm Having a Baby Girl!**
READ IT

Anne Heche's Blog

Beverley Mitchell's Blog

Constance Marie's Blog

Elisa Donovan's Blog

Elisabeth Röhm's Blog

Garcelle Beauvais's Blog

Jenna von Oy's Blog

Jennie Finch's Blog

Josie Maran's Blog

Kimberly Van Der Beek's Blog

Layla Kayleigh's Blog

Marissa Jaret Winokur's Blog

Marla Sokoloff's Blog

Poppy Montgomery's Blog

Tamera Mowry-Housley's Blog



## ADD A COMMENT

PEOPLE.com reserves the right to remove comments at their discretion.

**Name**

**Email**

**Location**

## Comments

Showing 10 comments

**lovely123** on June 10th, 2012

This is really nice for the first time dads. If it was a third or forth time around I would for something that reads, "I'm the daddy for the forth time...HIDE ME!"

**Catca** on June 10th, 2012

While I think it's great for a man to be excited and participating in the birth of his child, these scrubs are very cutesy and I just don't think cutesy when I think of a grown man.

**Sandy** on June 10th, 2012

I think these are silly. You don't need scrubs for vaginal births and the hospital probably won't allow these for a c-section. They want you in their hospital-issue scrubs.

**blessedwithboys** on June 10th, 2012

Barf! This is a sad testament to the ridiculously high c-section rate in the US. Makes me wanna cry.

**kerry** on June 10th, 2012

I think these are amazing!! There's nothing for new dads – this is a great way to make dads feel special and appreciated! Seems like it would be a great baby shower gift too.

**Nicole** on June 10th, 2012



**Free Weekly Newsletter**

Cute photos of celebrity moms and babies, exclusive giveaways, product reviews and more!

E-mail address   SIGN UP

**mom said it**

*"Two of my children are with their father part of the week, so when they come home they want me all to*

EXHIBIT F - 0000027

It seems like the dad often feels left out and disconnected during pregnancy, and definitely with regards to the baby shower -- when everything is for mom and baby. I think these scrubs could help the new daddy feel more connected during labor and delivery, too. What proud daddy doesn't want to show off his dadpride? I wish they would have had these available for the arrival of my first child!!! Such a cute idea!

**Nicole** on June 11th, 2012

This is such a fun idea! I am going to buy a pair for my husband soon. We are excepting this fall, and this would make him feel so special!

**Holiday** on June 11th, 2012

I dont know about all your husbands but mine would not be caught dead in this cheesy thing lol! In fact I know none of my friends or my sisters husband would wear it either. I wouldnt want him to either! So cheesy and lame.

**aclarkmeyers** on June 11th, 2012

I think that daddy baby showers are such a cool up-and-coming idea that more dads are getting into. This would be such a perfect gift to surprise him with!

**cn tower** on June 11th, 2012

Ridiculous!!!!

**Robert** on June 11th, 2012

Personally, I wore the scrubs last year when my wife had our second baby, they were great! Super comfortable. The doctors, nurses, and hospital staff thought they were awesome.

**Isabel** on June 11th, 2012

CN Tower, I agree. A waste of money.

**Shannon** on June 11th, 2012

These are cheesy and I would never purchase one but "Father to Be" would be better. "I'm the daddy" reminds me of a babydaddy. Just saying.

Besides it should be obvious who the father is. Look for the guy sweating bullets, making corny jokes, sleeping/watching TV, looking nervous, taking all the credit, etc.

**knickell** on June 11th, 2012

I recently saw these at a Baby Expo, and my husband and I thought they were such a fun idea! We already ordered ours, and he can't wait show how proud he is to be a dad. I secretly ordered him one of the diaper bags and a hoodie for after our son is born.

**Grace2** on June 11th, 2012

I love all the "These are great comments!" posted by the company. My husband wouldn't wear these and neither would his friends

And a father-to-be shower? Are you kidding me?

Also, what's worse than the "I'm the Daddy" thing is the giant website down the leg.

**cn tower** on June 12th, 2012

*themselves. Then my other two*
*children suddenly have to share me*
*and that can make them very*
*needy."*

– Brooke Burke Charvet, on Brooke Burke
Charvet: Blended Families Are 'Challenging'

## most popular

| | |
|---|---|
| Births | Gear |
| BumpWatch | Great Ideas |
| Celeb Style | Green |
| Deals | Parenting |
| Expecting | Reviews |

EXHIBIT F - 0000028

Grace2 – that's par for the course on this site I'm afraid. I've noticed that the overwhelmingly positive comments usually start pouring in after there's been some negative ones.

**Indira** on June 12th, 2012

I'm torn. I sorta feel like these are cute but, they're also completely ridiculous. I think they're something you wear during the first day of pure joy post birth. When men do silly stuff anyway like pass out cigars and act a fool because their sperm took.

**Jillian** on June 13th, 2012

I showed my husband and he laughed and said, don't ever by something so cheesy. It reminds me of a hat I saw someone wearing recently that said boyfriend. The girlfriend also had one. Really? Oh and Kohl's is selling a necklace that says, necklace… I don't think it gets more idiot proof or cheesy! Proud Daddy, would be a bit better. "I am," is silly.

Mary

**keke** on September 22nd, 2012

I think their cute, my husband likes them and wants a pair for the birth of our twins, that just shows you, only real men would wear them.

Privacy Policy

Powered by WordPress.com VIP

## celebrity baby blogroll

BLOGROLL

| | | | |
|---|---|---|---|
| Apt Therapy Family | Cool Mom Picks | lilSugar | Mommies with Style |
| Babble | Dr. Sears | Modern Mom | Parents Connect |
| BabyZone | HuffPost Parents | MomFinds | SheKnows |
| Best For Babes | Inhabitots | MOMformation | The Bump |
| Breezy Mama | iVillage | Momtourage | The Stir |

## From Our Partners



REAL SIMPLE

How to Power Nap—and Why You Should



InStyle

BB Creams: Not Just for Your Skin Anymore!

movie**fone**

Roman Coppola, 'Moonrise Kingdom' Writer, On His First Oscar Nomination

Chris Butler, 'ParaNorman' Director, On Getting An Oscar Nod For Best Animated Film

Oscar Nominations 2013: The Snubs and Surprises

HUFFINGTON POST

Destiny's Child Returns!

Justin Timberlake's BIG News

Adele's Big Golden Globes Reveal



Copyright © 2013 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.        IN PARTNERSHIP WITH

EXHIBIT F - 0000029

EXHIBIT F - 0000030

Steals n' Deals I Celebrity Baby Scoop                     http://vvww.celebritybabyscoop.com/2011/11/16/steals-n-deals-3

HOME » STEALS N' DEALS » STEALS N' DEALS

## Steals n' Deals

POSTED: NOVEMBER 16, 2011 BY LISA WEBER                                           0          0          0



### DaddyScrubs "I'm the Daddy" Hoodies

DaddyScrubs hoodies are the perfect holiday gifts for all dads and daddies-to-be! Complete with front pocket, hood, and the signature "I'm the Daddy" trademark on the back, these hoodies are warm and comfy and let dads feel cool while keeping cozy! Available in Pacific Blue or Monterey Moss, DaddyScrubs hoodies have been making a splash in Hollywood, with celebrity dads like Larry Birkhead, Kenny Johnson, Drew Powell, and Brian Ronalds quickly snatching them up! Even celebrity moms like Jodie Sweetin, Samantha Harris, Erin Murphy, Lindsay Price, Ana Ortiz, Kym Whitley, and Melissa Joan Hart have been going gaga over DaddyScrubs hoodies! Celebrity Baby Scoop readers can take 15% off with discount code HOODIE15 at www.daddyscrubs.com, but hurry because the

EXHIBIT F - 0000031

offer ends December 21, 2011!

**Smock Couture Hand Smocked Dresses**

The holidays are around the corner and little girls everywhere are in need of the perfect dress for all of the upcoming holiday occasions. Smock Couture offers smocked dresses in a variety of festive colors and designs. These hand smocked dresses are sewn to perfection and classically inspired. Celebrity parents like Jennifer Garner, Christina Aguilera, Gwen Stefani, Sarah Jessica Parker, Nicole Kidman, Nicole Richie, Marla Cross, Bethenny Frankel, Isla Fischer, Jessica Alba, and Sheryl Crow have all picked up Smock Couture for their little ones! Celebrity Baby Scoop readers can take **30%** off off with discount code **scoop30** at www.SmockCouture.com.

**FORMbaby Modern Canvas Wall Art**

FORMbaby creates custom-designed canvas wall prints for baby and toddler rooms- or any room! The wall art gives every parent the ability to include fun, whimsical, modern designs in their children's rooms to inspire and beautify their living spaces. Celebrity Baby Scoop readers are entitled to an online coupon for **15%** off with coupon code **BABYSCOOP15** at www.form-baby.com.

**Splendipity' Snuzzle Me Blanket and Burp Sets**

Splendipity's organic Snuzzle Me Blanket and Burp sets are perfect gifts for mom and baby! Celebrity parents like Mariah Carey, John Travolta and Kelly Preston, Alicia Keys, and Mario Lopez have picked up these adorable and cozy sets for their little ones! Celebrity Baby Scoop readers can take **50%** off with coupon code **SPLENDIDCELEB** at www.Splendipityinc.com, and when you purchase a set with the code, a part of the proceeds goes to Help A Child Out USA.

FILED UNDER: STEALS N' DEALS                                          LEAVE A COMMENT →

**LATEST DISH**



**1 in 5 Women Smoke & Drink During Pregnancy** - HerScoop
**Beyonce Reacts to Kim Kardashian's Pregnancy – Video – Have U Heard**
**Brad Pitt and Angelina Jolie Married on Christmas?** - Have U Heard
**Dance Moms Holly: "Fun Limo Ride!"** - Celebrity Teen Scoop
**Dealing With Death: Don't Do What I Did** - HerScoop
**Jennifer Lawrence: "I Call My Mom Sobbing All The Time"** - Celebrity Teen Scoop
**The Mom Overshare: Enjoyable or TMI?** - HerScoop

EXHIBIT F - 0000032

Steals n' Deals I Celebrity Baby Scoop                    http://www.celebritybabyscoop.com/2011/11/16/steals-n-deals-3

Copyright © 2008-2013 Celebrity Baby Scoop, LLC. All Rights Reserved
Trademark & Copyright Protection by Traverse Legal, PLC

Designed by OMSH

EXHIBIT F - 0000033

EXHIBIT F - 0000034

Win It: DaddyScrubs Swag Gift Set – Pregnancy and Newborn...          http://www.pnmag.com/baby-buzz/giveaways/win-it-daddyscru...



January 11, 2013

SEARCH

Username: *
Password: *
☐ Remember me
Create new account
Request new password

LOG IN

home     maternity & baby gear reviews     pregnancy blogs     prenatal health     pregnancy lifestyle     parenting     baby buzz     subscribe

# Win It: DaddyScrubs Swag Gift Set

Written by: P&N                                                                                           June 07 2011

Like  0     Tweet  0

Father's Day is just around the corner and daddyscrubs.com has the perfect gift for the expectant father in your life.



"I'm the Daddy" comfortable medical scrubs will have the anxious dad-to-be ready for his role in the labor/delivery room and beyond. Not only are DaddyScrubs comfortable, they'll keep dad cool under pressure with the built in moisture control that absorbs perspiration, but with the "I'm the Daddy" logo prominently displayed on the back and "Daddy" on the front, dad won't be mistaken for the doctor or nurse. They'll also help Dad feel more connected to the whole experience. Everyone knows who Mom is—now they'll know who Dad is too!

This week, one lucky winner will win a DaddyScrubs Swag Gift Set. This gift set includes one pair of I'm the Daddy scrubs, t-shirt, baseball cap, 11oz coffee mug, three ball point pens, magnet and stickers.

Click here for your chance to enter! Contest is open until Friday, June 10.

*Update: Congratulations to the winner, Rhiannon H. of Moyock, NC!*

Like this article?

## Baby Buzz

Ask the experts
Giveaways
Latest Scoop
Mom and Baby Fashion
Websites We Love
What's Hot Now

## Free stuff



**ENTER OUR GIVEAWAY**

## On newsstands



13 issues for just $24!
**SUBSCRIBE**

EXHIBIT F - 0000035

Win It: DaddyScrubs Swag Gift Set - Pregnancy and Newborn...          http://www.pnmag.com/baby-buzz/giveaways/win-it-daddyscru...





## designer bridal gowns 2011

02 Aug
19:52

By potter1988 (not verified)

designer bridal gowns 2011 Wagner party dresses

Login or register to post comments



## SITE MAP

| pnmag.com | Maternity & baby gear reviews | Prenatal health | Pregnancy lifestyle | Parenting | Pregnancy blogs |
|---|---|---|---|---|---|
| Homepage | Bath | Nutrition | Relationships | Postpartum | Dad's eye view |
| Video Gallery | Car seats | Prenatal care | Money & career | Breastfeeding | Adventures in motherhood |
| Contact us | Carriers | Emotional health | Friends & family | Baby care | Knocked up |
| Advertise | Diaper bags | Baby's development | Style & beauty | Motherhood | Birth day |
| Careers | Highchairs | Labor & delivery | Nesting | Green Living | Stuff we love |
| You tell us | Maternity | | | | |
| Polls | Nursing | | | | |
| Photo of the month | Strollers | | | | |
| Log in | Tech | | | | |
| Register | Toys | | | | |
| | Travel | | | | |
| | Entertainers | | | | |
| | Other cool stuff | | | | |
| | Cheat sheets | | | | |

Pregnancy & Newborn Editorial Offices, 200 Galleria Parkway, Suite 920, Atlanta, GA 30339.
pnmag.com and Pregnancy & Newborn Magazine are published by Halcyon Media, LLC. - Technical problems? Report them
Terms & conditions

Website design by Pixel8 Ltd

EXHIBIT F - 0000036

EXHIBIT F - 0000037

# EXHIBIT G

Case 2:13-cv-00222-PSG-MRW   Document 1   Filed 01/11/13   Page 45 of 77   Page ID #:48

# Joys of Life

Journey from being single to parenting and beyond. Healthy Lifestyle, Reviews, Giveaways, Pregnancy Forum.

[ Home ] [ Forums ] [ PR Friendly ] [ Giveaways ] [ Reviews ] [ Guest Blogging ] [ About Us ] [ Contact ] [ Follow Up ]

## Sponsors

TICKit

## My Awesome Followers

Join this site
with Google Friend Connect

Members (1607)   More »



Already a member? Sign in

## Current Giveaways

Wax Roses Giveaway

CrayonMavens Giveaway

Fisher-Price Peppa Pig' Peek 'n Surprise
Playhouse Playset Giveaway US December 19 -
January 10

Madame Deals MEGA Giveaway Event December
16 - January 5

10K Fan Giveaway 12/12/12 to 1/2/13

Vtech SpongeBob Laptop giveaway US 12/13 to
1/3

## Awards



---

Monday, 3 September 2012

# Daddy Scrubs – "I'm The Daddy™" Medical Scrubs Review



What is the daddy-to-be in your life wearing on the big day?

The best news in your life is when you become a parent (mother/father). It is the day when you give life to a newborn and the day that changes your responsibilities and future. It is the day to remember for the lifetime. To make this day a day to never be forgotten, you may have seen many gifts, clothing and stuff for mothers-to-be available when you're in the market. However, it is very rare that you come from the stuff which are meant for fathers-to-be.



It is absolutely correct that fathers are no less excited for their newborns as mothers are but it is also said that they are even happier than mothers when it comes to excitement for the new life. But whatever it is, fathers deserve to be as much happy as mothers do and for that to be possible, Daddy Scrubs are always there to support the fathers and fathers-to-be. Surprise Dad with his very own set of Daddy Scrubs. 'Delivery Room duds for Dads' will make any new dad feel special and comfortable during one of life's most exciting times. Daddy Scrubs for delivery room with a logo 'I'm the Daddy' written on the back of the scrub. We're talking labor, delivery, and beyond!



Recently I received these scrubs from Daddy Scrubs to review on my blog. As soon as I received the parcel I asked my husband to try them on (well honestly I wanted to see how he would look like wearing those so

---

## Connect 30000+ Followers



## Follow by Email

Email address...

## Vote For Us!



## My Blog List

Empowered Mommy — Fam
Product Reviews and Givea

General reviews on family (
products!

Pregnancy Forum Blog

## Sponsors



---

EXHIBIT G - 0000038

Joys Of Life: Daddy Scrubs – "I'm The Daddy™" Medical Scrubs Review                    1/11/13 8:09 AM



d it's the most
a night dress ha-
king within

 

So my husband is now getting used to wear these as soon as he gets back from work since a couple of weeks, no wonder he's very glad to have it. I just wish we knew about these cute "I'm the Daddy" medical scrubs when we had our little ones - but still not too late as my husband agreed to use them when we are having our next. :) My husband and I really loved these scrubs idea - pretty unique one. Now new expecting dads can go in style in the delivery room instead of wearing those hospitals scrubs. These are available in any colors - you need to go ahead and check out Daddy Scrubs website, they have light and dark colors available. We of course went for darker color as my husband is not very fond of lighter ones. Daddy Scrubs are the most comfortable and classy medical scrubs ever!









## Whiter Teeth, No Sensitivity

The Super Booster
Teeth Whitening Pen

Retail $79

NOW
$29
use code:
smile

If you're looking to have these Scrubs to surprise dads and dads-to-be with a gift they would never forget, you would absolutely want to order one of these now. Not only this, you can find more amazing products on their website which can be used as baby shower gifts for dads-to-be and many others which can be used as a Father's Day gift.

### ABOUT DADDY SCRUBS:

DaddyScrubs™ is the offspring of Robert Nickell, who fathered his first four children more than 20 years ago. DaddyScrubs™ was conceived when Robert, who remarried in 2007, discovered he was about to be a father all over again in the fall of 2009!

Not wanting to endure the pains of wearing uncomfortable street clothes while comforting his laboring wife, Robert hatched the idea of creating doctor-like scrubs for himself. It seemed a natural thing for him to do — since Robert is a pharmacist by profession.

To eliminate the confusion between "who's the doctor" and "who's the daddy," Robert fashioned the concept of "I'm The Daddy™" medical scrubs.

All comfort wear from DaddyScrubs™ — including "I'm The Daddy™" medical scrubs and t-shirts.

### BOTTOM LINE:

I would highly recommend these to all daddies-to-be. Incredible concept and the best ever invented design to surprise your man and make your day and his too a little more memorable! Moreover, Daddy Scrubs is a fabulous place when it comes to find gifts for expectant dads. They offer a wide range of collection of scrubs, tees, accessories and gifts sets for fathers and fathers-to-be. Daddy Scrubs is the place for dads!

### BUY IT!

You can do it simply via their website and purchase it for $54.95: Daddy Scrubs

### WIN IT!

Daddy Scrubs is generously offering to give away these ingenious inventions of theirs to one of our readers. Follow to enter to win awesome scrub: WIN DADDY SCRUBS "I'm The Daddy™" Medical Scrubs NOW!

We are on US Family Guide



## Moms Connect Member

Joys Of Life At Top Mommy Blogs






Ask Me About
Vocalpoint



Connect With
Advertisers
start getting paid





Join shareasale.com. Earn Cash!

EXHIBIT G - 0000039

Joys Of Life: Daddy Scrubs ~ "I'm The Daddy™" Medical Scrubs Review                                    1/11/13 8:09 AM

Upcoming Giveaways

Coming Soon!

Cmyfreecopyright
REGISTERED & PROTECTED

BlogUpp!

Beheading exposes
exploitation
Rizana Nafeek was a child
herself ~ 17 years old
according to her birth
certificate ~ when a four-
month-old baby died in her
care in Saudi Arabia. She
had migrated from Sri
            read on »
BlogUpp!

Subscribe To Joys Of Life

☐ Posts          ∨
☐ Comments       ∨

[                ] Share 0

## Disclosure:

I received the above product for free of charge to facilitate my review. I have not been compensated for this publication. All views, impressions are my own and may differ to that of yours. Joys Of life is not responsible for the prize fulfillment.

Posted by Ana Fatima at 00:01

Labels: Daddy Scrubs Review, I'm the Daddy, medical scrubs, Surprise Dad, "I'm The Daddy™" Medical Scrubs Review

## Comments (10)                                                                          Login

Sort by: Date  Rating  Last Activity

Valerie Carpenter · 18 weeks ago                                                         o

I know a couple of expectant Dads who would love these. They are handsome and look very comfortable.

☐ Share / Save

Reply

michelle warner · 18 weeks ago                                                          o

what dad wouldn't love these, great review

☐ Share / Save

Reply

Brenda B · 18 weeks ago                                                                 o

These would be great for delivery day!

☐ Share / Save

Reply

Michelle F. · 18 weeks ago                                                              o

I wish I would have known about these when I was pregnant. I would have lvoed to see my husband in the scrubs.

☐ Share / Save

Reply

Crystal Irvin · 18 weeks ago                                                            o

that's too cute

☐ Share / Save

Reply

Ordinary Housewife · 18 weeks ago                                                       o

Cute idea. Wish my hubby could have had those. Though I'm not sure if he'd wear them...

☐ Share / Save

Reply

Blog Archive

Blog Archive

Grab My Button

Your Ultimate Frie

<div align="center"> <a
href="http://pregnancyforu
m2xxxx.com" title="Pregnancy

Buying a use
Check the hi

CHECK VIN NOW

VinAudit
Vehicle History You Can

ContactMe

HEALTHYLIVINGBLOGS.ORG

I selected this post to be featured
page at Healthy Living Blogs.

Site Info
pregnancyforum2.blogs
Ranks: 366,803
Links In: 843
Powered by Alexa   PageRank

EXHIBIT G - 0000040

shanon hyatt · *18 weeks ago*                                          o

I think these Daddyscrubs are very cute-I wouldn't mind wearing them myself around the house:)

[ ☐ Share / Save ☒ ☯ ☺ ☺ ]

Reply

Anita Jones · *18 weeks ago*                                          o

these are so cute. wish I had them for my hubby when I had my babies.

[ ☐ Share / Save ☒ ☯ ☺ ☺ ]

Reply

kingt marsela · *16 weeks ago*                                        o

my sister would loves these because she is mother /daddy and works at doc office . so I have my fingers crossed for her to win this =)

[ ☐ Share / Save ☒ ☯ ☺ ☺ ]

Reply

krystal rivera · *16 weeks ago*                                       o

this totally made me and hubby want another one!!

[ ☐ Share / Save ☒ ☯ ☺ ☺ ]

Reply

## Post a new comment

Enter text right here!

Site URL

☑ [ (RSS) comentluv ]

**Comment as a Guest, or login:**

Name                                   Email

*Displayed next to your comments.*      *Not displayed publicly.*

Subscribe to [ None ▼ ]                              Submit Comment

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)

Copyright 2012 Joys Of Life . Template images by caracterdesign. Powered by Blogger.

Contact

EXHIBIT G - 0000041

EXHIBIT G - 0000042

## Daddy Scrubs
Posted on May 27, 2012 by thriftymom613



*Image from daddyscrubs.com*

Looking to purchase that perfect first Father's Day gift for someone about to be a daddy? Or maybe you have someone looking to flaunt that "new daddy" look? Daddy Scrubs has the perfect choices! They have everything from T-shirts, Hoodies, Hats, and even Scrubs! All of the above make great gift choices for daddy. I am especially fond of the Daddy Scrubs. As it sounds, they are scrubs as you would see in a hospital setting. They have a few different color choices and each has "I'm the daddy" on the back of the top as well as daddy written on the front pocket of the top. The bottoms have daddyscrubs.com written down the leg. They make a great gift for the soon to be dad to wear into the delivery room. But they also make a nice lounge outfit for any daddy! Perfect for those lazy days at home or as a comfy pajama set.

I chose the Edgy Navy scrubs for my husband. He wears about a 34-36 in clothing so I ordered the scrubs in X-Large to ensure adequate room. When we first received them they were quite stiff. I had to wash them a few times before they were comfortable enough for him to lounge around in. He loved the pants, though he could have probably just went with a large (which would fit right according to their not to choose one size up for comfort) The shirt on the other hand could have been a size larger, but that was just a matter of his opinion. I think it fit like a scrub is made to fit, but he is used to a more loose fitting shirt. Overall, he found it to be a rather cute idea for a first time dad.

Daddyscrubs has offered one of my readers the opportunity to win their own set of daddy scrubs! Enter below for your chance to win.



EXHIBIT G - 0000043

Disclaimer: The previous post may contain affiliate links. If these links are clicked I may receive monetary compensation. If the previous post is a product review I was given the product to facilitate the review. However, I received no monetary compensation and all opinions are my own. I only recommend products I believe will benefit my readers. My full disclosure and privacy policy can be found under the disclosure tab above.

## You may also Like~


Wax Vac Review


Crafts-Things Fan Celebration Giveaway


About Amber AKA Thrifty Mom


The Winner Who Never Wins


A.C.E- Appetite Control & Energy

Share this:     Like  16        Tweet  21          0                    Shar   More

This entry was posted in Father's Day Gift Ideas, Giveaways, mens reviews. Bookmark the permalink.

## 8 Responses to *Daddy Scrubs*


**Kathy Ross** *says:*
May 27, 2012 at 1:15 pm

I'm the Daddy – Classic Navy Hat & Classic Edgy Navy Tee.

Reply


**Rachel Robertson (Azrael)** *says:*
May 27, 2012 at 1:21 pm

I like the I'm the Daddy – Vintage Monterey Moss Hoodie

Reply


**Kari** *says:*
May 27, 2012 at 7:00 pm

I love the Daddy Scrubs classic in edgy navy!

Check out Kari's awesome new post here! Father's Day Gift Guide 😊

Reply


**Jamie Martin** *says:*
May 27, 2012 at 11:51 pm

Daddy Scrubs in Navy!

Reply


**Megan O'Connor** *says:*
May 28, 2012 at 12:09 am

Of course I love the daddy swag set!!!

EXHIBIT G - 0000044

Reply



**Ellen Levickis** *says:*
May 29, 2012 at 9:38 am

DaddyScrubs – Classic Simple Navy

Reply



**Mary Bearden** *says:*
June 3, 2012 at 4:21 am

Vintage Edgy Blue Tee

Reply



**Susan Herrin** *says:*
June 8, 2012 at 6:44 pm

Love the daddy scrubs classic navy

Reply

---

Copyright © 2012 Thrifty Mom's Reviews and More (All Rights Reserved).     Contact Me

EXHIBIT G - 0000045

EXHIBIT G - 0000046

EXHIBIT G - 0000047

Being Frugal and Making It Work: Who's Your Daddy? DaddyScrubs (Review & Giveaway)                    1/11/13 8:10 AM

[ _____ ] | Share | 30 | More | Next Blog»                                        Create Blog   Sign In

# Being Frugal and Making It Work

PR Friendly, Stay-at-Home-Mom Blogger! Sharing Freebies, Frugal Deals, Tips & Ideas, Product & Business Reviews and GIVEAWAYS!

| Home | Earning Money Online | 2013 Giveaways | Winners | New Reviews | Nutrisystem | PR Friendly | Contact Me |
| About Me | Disclaimer/Privacy Policy | Baby Shower Giveaway Event | Holiday Gift Guide 2012 | 2012 Giveaways |

**FRIDAY, JULY 20, 2012**

## Who's Your Daddy? DaddyScrubs (Review & Giveaway)



IZEA

I know that most of the attention goes to the mommy-to-be, but let's not forget who else helped create the precious baby about to enter the world, DADDY!

**DaddyScrubs** is the offspring of Robert Nickell. To eliminate the confusion between "who's the doctor" and "who's the daddy," Robert fashioned the concept of **"I'm The Daddy"** medical scrubs. Daddy Scrubs offers new dad gifts, dad shirts, new father gifts, and daddy gift ideas for dads to be.



What better way for daddy to show off how proud he is while at the hospital, than to be sporting a set of "I'm the Daddy" medical scrubs!

Whether daddy is "classic" or "edgy," DaddyScrubs are the perfect gift idea! They also come in three great neutral colors: navy, green and khaki!

Medical scrubs are the one-of-a-kind 'Delivery Room duds for Dads' that will make any new dad feel special and comfortable during one of life's most exciting times. We're talking labor, delivery, and beyond!



What I love most about DaddyScrubs is the fact that they give a little bit of attention to daddy. It's no secret that they don't get enough credit throughout the entire pregnancy, at the baby shower or during delivery.

DaddyScrubs are comfortable, perfect for the delivery room and lounging around at home!

**Product Features:**

• 65/35 Poly Cotton
• Machine Wash & Dry



**PR FRIENDLY**

Being Frugal and Making It Work is PR friendly. If you would like me to do a product review and/or if you would like to sponsor a giveaway, please contact me!

**CURRENT GIVEAWAYS!!**

Purex Baby Detergent x3 (1/16)
Purex Oh Baby Sweepstakes

**SEARCH THIS BLOG**

[ _____ ] ( Search )

**PLEASE FOLLOW ME**

EXHIBIT G - 0000048

Being Frugal and Making It Work: Who's Your Daddy? DaddyScrubs (Review & Giveaway)                    1/11/13 8:10 AM

- V-neck Collar
- Left chest pocket
- Drawstring pant with one hip pocket & two slash pockets
- Styles: Edgy & Classic



# Win It

### One of Being Frugal and Making It Work's Readers will win a
### Daddy Swag Gift Set

**(Includes a set of DaddyScrubs, "I'm the Daddy" t-shirt, hat & coffee mug, pens, and stickers)**

Join this site
with Google Friend Connect

Members (2142)    More »



Already a member? Sign in

SUBSCRIBE VIA EMAIL

Enter your email address:

( Subscribe )

Delivered by FeedBurner

GOOGLE +



PINTEREST

Follow me on Pinterest

FOLLOW ME

Follow @cheekymommaof2    3,115 followers

TWEET TWEET


Being Frugal
**cheekymommaof2**

corisbigmouth Looking for a DIAPER CAKE? @corisbigmouth is giving away a gift certificate to buy one of your own!

EXHIBIT G - 0000049

Being Frugal and Making It Work: Who's Your Daddy? DaddyScrubs (Review & Giveaway)                    1/11/13 8:10 AM



**CONTEST IS OVER**   **1355** total entries   **0** /0 entries earned

Daddy Swag Gift Set

(Check out more great giveaways in the sidebar!)

ENTER TO WIN | *RECENT ACTIVITY* | LOG IN

**AND THE WINNER IS...**                    results powered by *Random.org*

Entry #428   Natalie S.

Do you run giveaways, too? Try Rafflecopter! It's free.   Do you advertise? Promote your brand w/ Rafflecopter.

Terms and Conditions

powered by Rafflecopter

*This giveaway will end August 9th at Midnight EST.*

*The giveaway is open to US residents only, 18 years old or older. The winner will be chosen at random via Rafflecopter, and the winner will be notified by e-mail. Make sure to leave your e-mail, or have your contact available on your blogger profile. The winner will have 48 hours to respond, and if there is no response another winner will be chosen.*

*Disclaimer: I received complimentary **medical scrubs** from **DaddyScrubs** for the purpose of writing a review and hosting a giveaway. Regardless, I only recommend products or services I use personally and/or believe will be a good fit for my readers. The views and opinions expressed on this blog are purely my own. Results may vary. No monetary compensation was received.*

> Being Frugal & Making It Work received one or more of the products mentioned above for free for evaluation purposes. Regardless, all opinions expressed are still 100% my own. I am disclosing this in accordance with the Federal Trade Commissions 16 CFR, Part 255 Guides Concerning the Use of Endorsements and Testimonials In Advertising. Being Frugal & Making It Work Disclosure.

Posted by Cheeky Momma at 7:39 AM

+30  Recommend this on Google

Reactions:     helpful (1)     interesting (1)     cool (0)

**28 wonderful comments:**

---

bit.ly/VCVq9s #win #giveaway
2 days ago · reply · retweet · favorite

cheekymommaof2 Enter to #Win a Coupon for #Free Purex Baby Laundry Detergent #PurexBaby - @purex & @cheekymommaof2 #Giveaway Ends 1/16
beingfrugalandmakingitwork.com/2013/01/purex-...
17 hours ago · reply · retweet · favorite

cheekymommaof2 Join the #Exergen party tonight at 7pm EST with @MomTalkRadio and @Resourcefulmom!
17 hours ago · reply · retweet · favorite

cheekymommaof2 Enter to #Win a Coupon for #Free Purex Baby Laundry Detergent #PurexBaby - @purex & @cheekymommaof2 #Giveaway Ends 1/16
rafflecopter.com/embed/rafl/cpt...
21 hours ago · reply · retweet · favorite

Join the conversation

FAN ME



Find us on Facebook

Being Frugal and Making it Work

Like

Being Frugal and Making it Work

Earning Money Online – Equals a Free Family Summer Vacation!

For the past five years, I've been able to completely source: Being Frugal and Making It Work
link: Full Article...

Yesterday at 7:33am

Being Frugal and Making it Work

3,904 people like Being Frugal and Making It Work.

Suzanne   Lindsay   Cassie   MommyJenn   Linda

Facebook social plugin

GRAB MY BUTTON

EXHIBIT G - 0000050

# EXHIBIT H

   +126   Recommend this on Google

HOME        PREGNANCY        BABIES        TODDLERS        EARLY CHILDHOOD

SINGLE DADS        POPULAR        THE MARKETPLACE        MOM & DAD FORUM

Join the Family        Suggestion Box

"Crib Notes" are most commonly known as a written or visual aid containing a concise set of useful information to be used for quick reference in a time of need.

Subscribe To Our Monthly E-Newsletter
And You'll Get The Latest:
Special Offers
Exclusive Deals On Merchandise
Contests & Giveaways
Along With Updated Videos And Content
Sign-Up Today
CribNotesForDad.com

At **Crib Notes For Dad**, we've taken this knowledge along with the role of fatherhood and created a place for guys to learn, laugh, and enjoy all things - dad. Providing short articles and tips, along with brief videos to help fathers make the most informed choices they can, when it comes to their child.

EXHIBIT H - 0000051

Please be sure to check out our sister site at www.DadScrubs.com for the perfect gift, for new dads.

## New York Baby Show

So dads this website is for you! We want to hear your comments and suggestions for future topics. In addition, if you have a video that you'd like to share, let us know. If it's appropriate, we'll share it.



Contact Us            Terms Of Use            Privacy Policy

Content copyright 2013. CRIBNOTESFORDAD.COM  All rights reserved

www.DadDuds.com
www.DadScrubs.com

EXHIBIT H - 0000052

Crib Notes For Dad

www.JackAndJillBabyShower.com
http://www.cartoflorida.com/

EXHIBIT H - 0000053

# EXHIBIT I

Dad Scrubs                                                                    1/11/13 8:18 AM



## For Dad's Most Special Moment

Dad Scrubs    Photos & Sizing Chart    Shopping Cart    Contact Us

PERSONALIZED SCRUB SETS    CUSTOM SCRUB TOPS    SCRUB PANTS - CARGO STYLE

### Quick Search

[                    ]

( Go! )

Advanced Search

### Dad Scrubs

Personalized Scrub Sets
Custom Scrub Tops
Scrub Pants - Cargo Style

### Featured Item

**Personalized Pewter
Scrub Set**



This matching set includes
your own personalized
scrub top with your choice
of color embroidery and
message. Plus 7 pocket
cargo style pants.

*Price:* $49.99

( Options )

Dad Duds - home of personally embroidered dad scrubs for the most special moment in
every dad's life. Our scrub sets are designed with dad in mind during the delivery. The
customized scrub top has a stylish chest pocket and its very own celebratory cigar/pen
pocket built within. Some of our more popular choices for personalization include
*"Name's Daddy"*, *"Name's Dad"*, *"Coach Name"*, "It's A Girl", and of course... just
"Daddy".

## Shop by Category







Personalized Scrub
Sets (4)

Custom Scrub
Tops (4)

Scrub Pants -
Cargo Style (4)

1 - 12 of 12 Items





EXHIBIT I - 0000054

Dad Scrubs

1/11/13 8:18 AM



**Personalized Black Scrub Set**
$49.99
( Options )

**Cargo Style Black Scrub Pant**
$21.99
( Options )

**Custom Black Scrub Top**
$36.99
( Options )

**Personalized Pewter Scrub Set**
$49.99
( Options )

**Cargo Style Pewter Scrub Pant**
$21.99
( Options )

**Custom Pewter Scrub Top**
$36.99
( Options )

**Personalized Wine Scrub Set**
$49.99
( Options )

**Cargo Style Wine Scrub Pant**
$21.99
( Options )

**Custom Wine Scrub Top**
$36.99
( Options )

**Personalized Navy Scrub Set**
$49.99

**Cargo Style Navy Scrub Pant**
$21.99

**Custom Navy Scrub Top**
$36.99

EXHIBIT I - 0000055



So whether it's during delivery or just lounging at home with your newborn, Dad Duds invites you to make it special, make it memorable and make it a keepsake you and your family will share forever.

*Please Note:* When ordering personalized garments such, double check for spelling and capitalization errors. The way you design your keepsake, is the way we will create it. Also, because of the personalized nature of the designs, embroidered items cannot be returned.

Subscribe

Terms and Conditions   Help   Site Map   Dad Scrubs







EXHIBIT I - 0000056

# EXHIBIT J

Dad Scrubs                                                                                    1/11/13 8:20 AM



For Dad's Most Special Moment

Personalized Scrub Sets    Custom Scrub Tops    Cargo Style Scrub Pants

## Dad Scrubs
## Personally Embroidered Scrubs For Dad's Most Special Moment

Personalized Scrubs Sets          Custom Scrub Tops          Cargo Style Scrub Pants



Shop Our
Complete Catalog

Our Dad Scrubs are designed with dad in mind during delivery. The customized Dad Scrubs top has a stylish chest pocket and its very own celebratory cigar/pen pocket built within. Some of our more popular choices for personalization include "Name's Daddy", "Name's Dad", "Coach Name", "It's A Girl", and of course... just "Daddy".

Our cargo style, 7-pocket dad scrubs pants are up to the task as well. With room for everything you may need during crunch time including camera, cell phone, wallet, snacks... you name it, with these pants you'll be prepared.

So whether it's during delivery or just lounging at home with your newborn - Dad Scrubs invites you to make it special, make it memorable and make it a keepsake you and your family will share forever.

EXHIBIT J - 0000057

Dad Scrubs                                                                                          1/11/13 8:20 AM

Please Note: When ordering personalized garments, double check for spelling and capitalization errors. The way you design your keepsake, is the way we will create it. Also, because of the personalized nature of the designs, Dad Scrub embroidered items cannot be returned.

**Make it special, make it a keepsake, make it Dad Scrubs**

## Dad Scrubs Update - 5 Delivery Room Survival Tips For First-Time Dads

1. You need to know the hospital. I'm not talking about how to get there, because common sense should tell you that you should have figured that one out. I'm talking about knowing the hospital like the back of your hand. At some point, you are going to need to use the bathroom, get a snack, or get a drink. Most rooms have bathrooms in them so that shouldn't be a problem. But if there isn't one or if you're not allowed to use the in-room bathrooms, then you need to know where the closest one is. Sometimes the labor can last a while and you'll have a rare moment to step out. Hit up that vending machine while you're at it. But remember, even if labor is slow, everything has to be done quickly. You might miss something, or worse, you might cause your partner unnecessary irritation.

2. Pack some snacks - The Dad Scrubs Cargo Pants can work wonders here. Who can work on an empty stomach right? Pack some power bars and some drinks, and you'll be sure to hit the vending machines as well. It could be a long bumpy ride. Oh, and your wife might want something too.

3. Don't say anything stupid Dads. You know what I'm talking about here. Guys, we say dumb stuff all the time. Experts say that men think about sex every 7 minutes - even worse, we probably say something idiotic every 5 minutes. There will come a time during the labor that you'll feel the need to rip a funny comment just to break the ice. Don't do it! It is a great idea to keep things light now and then, but keep it within reason.

4. If you get yelled at, don't worry. All yelling's make for great stories later on. It won't feel good at the time, but don't take it personally.

5. Bring some stuff for her, too. Your partner might want the following items, so have them ready for her right away. A hair holder, juice box, piece of chocolate, slippers, a nurse, or make-up. Be prepared!

Content copyright 2013, DADSCRUBS.COM. All rights reserved.
Dad Scrubs  New Dad Scrubs  Expectant Father Gifts  Baby Shower Gifts For Dad  For New Dads

EXHIBIT J - 0000058

# EXHIBIT K



fb.me/28bdb9tJdw
Expand

**Dad Scrubs** @DadScrubs                                          23 Dec
Check out dadscrubs.com!/
Expand

**Dad Scrubs** @DadScrubs                                          23 Dec
Shoprite walk of shame - twice!. Walked in for 2 last minute items,
shrimp and stuffing mushrooms. After 10... fb.me/wW9sx4fj
Expand

**Dad Scrubs** @DadScrubs                                          23 Dec
Deep breaths... the holidays are almost over! fb.me/2ls2JswAF
Expand

**Dad Scrubs** @DadScrubs                                          22 Dec
What's your greatest Christmas memory?
Expand

**Dad Scrubs** @DadScrubs                                          22 Dec
Found Hint fb.me/1cc0DUPc
Expand

**Dad Scrubs** @DadScrubs                                          22 Dec
What are we doing 9 days after the NewTown attack still talking
about it as a country? Even the town residents... fb.me/21NibP7pp
Collapse   ← Reply   ↺ Retweet   ★ Favorite

4:17 AM · 22 Dec 12 · Details

**Dad Scrubs** @DadScrubs                                          22 Dec
DadScrubs.com :-)
Expand

**Dad Scrubs** @DadScrubs                                          21 Dec
I am not a member of the NRA - but that guy speaking on behalf of
them makes a ton of sense.
Collapse   ← Reply   ↺ Retweet   ★ Favorite

8:23 AM · 21 Dec 12 · Details

**Dad Scrubs** @DadScrubs                                          20 Dec
:) fb.me/1UumXwejf
Expand

EXHIBIT K - 0000059

# EXHIBIT L

Resent-From:  Irene Lee <ilee@raklaw.com>
      From:  Robert Nickell <robertn@nickellpps.com>
   Subject:  **From my daughter with comments from our twitter followers**
      Date:  December 28, 2012 1:08:59 PM PST
Resent-To:  Robert Gookin <rgookin@raklaw.com>
       To:  Irene Lee <ilee@raklaw.com>


------ Forwarded Message
**From:** paige nickell <paigen@daddyscrubs.com>
**Date:** Fri, 28 Dec 2012 13:01:26 -0700
**To:** Robert Nickell <robertn@nickellpps.com>
**Cc:** Daddyscrubs Info Team <info@DaddyScrubs.com>
**Subject:** Re: Dad Scrubs / Dad Duds

I was JUST looking at their Twitter profile earlier today: https://twitter.com/DadScrubs

Over the past few weeks the company has been "following" lots of people and sending out repetitive messages asking other companies and bloggers what they think of their DadScrubs idea - just like the PumpStation explains below.

I noticed this when @DadaRocks tagged us in a reply earlier today saying, "I don't think @DaddyScrubs will be too happy."

Paige


On Dec 28, 2012, at 12:54 PM, Robert Nickell wrote:

FW: Dad Scrubs / Dad Duds

------ Forwarded Message
**From:** Stephanie Herrera <stephanie@pumpstation.com> <x-msg://22/stephanie@pumpstation.com> >
**Date:** Fri, 28 Dec 2012 11:48:05 -0800
**To:** Robert Nickell <robertn@nickellpps.com> <x-msg://22/robertn@nickellpps.com> >
**Cc:** Cheryl Petran <cheryl@pumpstation.com> <x-msg://22/cheryl@pumpstation.com> >, Stephanie Herrera
<stephanie@pumpstation.com> <x-msg://22/stephanie@pumpstation.com> >
**Subject:** Dad Scrubs / Dad Duds

Hi Robert, have you heard of these people? http://Www.dadscrubs.com/ We just got a DM on Twitter asking for our input. I thought it was from you guys but soon found out they're a knock off. Just thought I'd let you know. We're not replying to them by the way.

Their message:
"@DadScrubs - Can you please give me your thoughts on a new idea I'm developing for dads and moms - think baby shower"

Hope you're enjoying the holidays and the new addition to your family!

Stephanie Herrera | Marketing/Design Manager
<image.jpg>
The Pump Station & Nurtury ™  where nurturing happens
8946 Ellis Ave | Los Angeles | CA. 90034
Phone: 310-745-5222 | www.PumpStation.com

EXHIBIT L - 0000060

------ End of Forwarded Message

------ End of Forwarded Message

EXHIBIT L - 0000061

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV13- 222 PSG (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Irene Y. Lee, State Bar No. 213625
Robert F. Gookin, State Bar No. 251601
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DADDYSCRUBS, LLC, a California limited liability company,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ONPOINT ASSOCIATES, LLC, a New Jersey limited liability corporation; and MARK DUDA, an individual,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-00222-PSG (mewx)<br><br><br>SUMMONS |

TO:     DEFENDANT(S):

        A lawsuit has been filed against you.

        Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Robert F. Gookin_____, whose address is _Russ, August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                    Clerk, U.S. District Court

        Dated: __JAN 1 1 2013__

                                            By: _____MARILYN DAVIS_____
                                                    Deputy Clerk

                                                    (Seal of the Court)

_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]._

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DaddyScrubs, LLC, a California limited liability company | OnPoint Associates, LLC, a New Jersey limited liability corporation; and Mark Duda, an individual |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Russ, August & Kabat<br>12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025<br>(310) 826-7474 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement and unfair competition under 15 U.S.C. §§ 1051 - 1141; Subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338 (a) and (b) and 1367(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

CV13-00222

**FOR OFFICE USE ONLY:**   Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New Jersey |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 11, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |